UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NORCA INDUSTRIAL COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>TUBE FORGINGS OF AMERICA, INC. AND MILLS IRON WORKS, INC.,<br><br>    Defendant-Intervenors. | Before:  Jennifer Choe-Groves, Judge<br><br>Court No. 23-00231 |
| INTERNATIONAL PIPING & PROCUREMENT GROUP, LP,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>TUBE FORGINGS OF AMERICA, INC. AND MILLS IRON WORKS, INC.,<br><br>    Defendant-Intervenors. | Before:  Jennifer Choe-Groves, Judge<br><br>Court No. 23-00232 |

|                                                                                       |                                              |
|---|---|
| **TUBE FORGINGS OF AMERICA, INC. AND MILLS IRON WORKS, INC.,**  Plaintiffs,  v.  **UNITED STATES,**  Defendant,  and  **NORCA INDUSTRIAL COMPANY, LLC AND INTERNATIONAL PIPING & PROCUREMENT GROUP, LP,**  Defendant-Intervenors. | Before:  Jennifer Choe-Groves, Judge  Court No. 23-00236 |

**ORDER AND SCHEDULING ORDER**

Before the Court is the Joint Status Report and Proposed Briefing Schedule filed in <u>Norca Industrial Company, LLC v. United States</u>, Court Number 23-00231, ECF No. 21; <u>International Piping & Procurement Group, LP v. United States</u>, Court Number 23-00232, ECF No. 21; and <u>Tube Forgings of America, Inc. et al v. United States</u>, Court No. 23-00236, ECF No. 25.  The Parties have advised the Court that they wish to consolidate Court Numbers 23-00231, 23-00232, and 23-00236.  J. Status Report Proposed Br. Sch. at 2, Court No. 23-00231, ECF No. 21; J. Status Report Proposed Br. Sch. at 2, Court No. 23-00232, ECF No. 21; Status Report Proposed Br. Sch. at 2, Court No. 23-00236, ECF No. 25.  The Court may consolidate actions that involve a common question of law or fact.  USCIT R. 42(a).  The cases proposed for consolidation each involve challenges to <u>Certain Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China</u>, 88 Fed. Reg. 69,909 (Dep't of Commerce Oct. 10, 2023) (final determination of covered merchandise inquiry), and the related investigation.  <u>See</u> Compl., Court No. 23-00231,

ECF No. 6; Compl., Court No. 23-00232, ECF No. 6; Compl., Court No. 23-00236, ECF No. 10. Because the actions involve common questions of fact and law, the Court will consolidate Court Numbers 23-00231, 23-00232, and 23-00236 into Court Number 23-00231.

Upon consideration of the Joint Status Report and Proposed Briefing Schedule filed in Court Numbers 23-00231, ECF No. 21; 23-00232, ECF No. 21; and 23-00236, ECF No. 25; and all other papers and proceedings in these actions, it is hereby

**ORDERED** that <u>International Piping & Procurement Group, LP v. United States</u>, Court Number 23-00232, and <u>Tube Forgings of America, Inc. et al v. United States</u>, Court Number 23-00236, are consolidated into <u>Norca Industrial Company, LLC v. United States</u>, Consolidated Court Number 23-00231; and it is further

**ORDERED** that this action shall proceed in accordance with the following schedule:

1. Consolidated Plaintiffs shall file motions for judgment on the agency record and supporting briefs on or before March 18, 2024;

2. Defendant and Defendant-Intervenors shall file response briefs on or before May 28, 2024;

3. Consolidated Plaintiffs shall file reply briefs on or before July 1, 2024;

4. Consolidated Plaintiffs shall file the joint appendix on or before July 15, 2024; and

5. Motions for oral argument shall be filed on or before July 22, 2024.

     While the Court will consider timely extension requests based on a showing of good cause, the Parties should seek to limit the need for extensions to short periods to address unexpected conflicts.  The Court notes that the Parties have proposed most of the dates in this scheduling order and expects that the Parties will be able to meet these deadlines.

                                                                                        /s/ Jennifer Choe-Groves
                                                                 Jennifer Choe-Groves, Judge

Dated:    January 9, 2024
             New York, New York