**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE**

| | |
|---|---|
| NORCA INDUSTRIAL COMPANY LLC, <br><br> Plaintiff, <br><br> INTERNATIONAL PIPING & PROCUREMENT GROUP, LP, <br><br> Consolidated Plaintiff, <br><br> TUBE FORGINGS OF AMERICA, INC. AND MILLS IRON WORKS, INC., <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> TUBE FORGINGS OF AMERICA, INC. AND MILLS IRON WORKS, INC., <br><br> Defendant-Intervenors, <br><br> NORCA INDUSTRIAL COMPANY LLC AND INTERNATIONAL PIPING & PROCUREMENT GROUP, LP, <br><br> Consolidated Defendant-Intervenors. | Consol. Court No. 23-00231 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that International Piping & Procurement Group, LP voluntarily dismisses its complaint against the United States, without prejudice, under U.S. Court of International Trade Rule 41(a)(1)(A)(i). IPPG will continue to participate in this consolidated action as a defendant-intervenor.

Respectfully submitted,

s/ Jeremy W. Dutra
JEREMY W. DUTRA
Squire Patton Boggs (US) LLP
2550 M Street, N.W.
Washington, D.C.  20037
(202) 626-6237

*Counsel to International Piping & Procurement Group, LP*

Dated: March 18, 2024

## **ORDER OF DISMISSAL**

International Piping & Procurement Group, LP's Complaint, having been voluntarily noticed for dismissal by Plaintiff, is dismissed.

Dated: _____   Clerk, U.S. Court of International Trade

_____
Deputy Clerk

1100636811\1\AMERICAS