UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| NORCA INDUSTRIAL COMPANY LLC, <br><br> Plaintiff, <br><br> INTERNATIONAL PIPING & PROCUREMENT GROUP, LP, <br><br> Consolidated Plaintiff, <br><br> TUBE FORGINGS OF AMERICA, INC. AND MILLS IRON WORKS, INC., <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> TUBE FORGINGS OF AMERICA, INC. AND MILLS IRON WORKS, INC., <br><br> Defendant-Intervenors, <br><br> NORCA INDUSTRIAL COMPANY LLC AND INTERNATIONAL PIPING & PROCUREMENT GROUP, LP, <br><br> Consolidated Defendant-Intervenors. | Consol. Court No. 23-00231 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that International Piping & Procurement Group, LP voluntarily dismisses its complaint against the United States, without prejudice, under U.S. Court of International Trade Rule 41(a)(1)(A)(i). IPPG will continue to participate in this consolidated action as a defendant-intervenor.

1100636811\1\AMERICAS

2

                                          Respectfully submitted,

                                          s/ Jeremy W. Dutra
                                          JEREMY W. DUTRA
                                          Squire Patton Boggs (US) LLP
                                          2550 M Street, N.W.
                                          Washington, D.C.  20037
                                          (202) 626-6237

                                          *Counsel to International Piping & Procurement Group, LP*

Dated: March 18, 2024

## ORDER OF DISMISSAL

      International Piping & Procurement Group, LP's Complaint, having been voluntarily noticed for dismissal by Plaintiff, is dismissed.

Dated: March 18, 2024                                  Clerk, U.S. Court of International Trade

                                                        /s/ Steve Taronji
                                                        Deputy Clerk