UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| NORCA INDUSTRIAL COMPANY LLC, <br><br> Plaintiff, <br><br> INTERNATIONAL PIPING & PROCUREMENT GROUP, LP, <br><br> Consolidated Plaintiff, <br><br> TUBE FORGINGS OF AMERICA, INC. AND MILLS IRON WORKS, INC., <br><br> Consolidated Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> TUBE FORGINGS OF AMERICA, INC. AND MILLS IRON WORKS, INC., <br><br> Defendant-Intervenors, <br><br> NORCA INDUSTRIAL COMPANY LLC AND INTERNATIONAL PIPING & PROCUREMENT GROUP, LP, <br><br> Consolidated Defendant-Intervenors. | Consol. Court No. 23-00231 |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Norca Industrial Company LLC voluntarily dismisses its complaint against the United States, without prejudice, under U.S. Court of International Trade Rule 41(a)(1)(A)(i). Norca will continue to participate in this consolidated action as a defendant-intervenor.

Consol. Court No. 23-00231
                                                Respectfully submitted,

                                                s/ Jeremy W. Dutra
JEREMY W. DUTRA
Squire Patton Boggs (US) LLP
2550 M Street, N.W.
Washington, D.C. 20037
(202) 626-6237

*Counsel to Norca Industrial Company LLC*

Dated: March 18, 2024

## ORDER OF DISMISSAL

Norca Industrial Company, LLC's Complaint, having been voluntarily noticed for dismissal by Plaintiff, is dismissed.

Dated: March 18, 2024                        Clerk, U.S. Court of International Trade

                                                      /s/ Steve Taronji
                                                        Deputy Clerk