## UNITED STATES COURT OF INTERNATIONAL TRADE

TUBE FORGINGS OF AMERICA, INC. AND MILLS IRON WORKS, INC.,

      Consolidated Plaintiffs,

v.

UNITED STATES,

      Defendant,

and

NORCA INDUSTRIAL COMPANY, LLC AND INTERNATIONAL PIPING & PROCUREMENT GROUP, LP,

      Consolidated Defendant-Intervenors.

**Before: Jennifer Choe-Groves, Judge**

**Consol. Court No. 23-00231**

## JUDGMENT

This case having been duly submitted for decision, and the Court, after due deliberation, having rendered a decision; now therefore, in conformity with said decision, it is hereby

**ORDERED** that the U.S. Department of Commerce's final determination in Certain Carbon Steel Butt-Weld Pipe Fittings from the People's Republic of China, 88 Fed. Reg. 69,909 (Dep't of Commerce Oct. 10, 2023) (final determination of

Consol. Court No. 23-00231                                                        Page 2

covered merchandise inquiry), <u>as amended</u>, Final Results of Redetermination

Pursuant to Court Remand, ECF No. 56-1, Final Results of Redetermination

Pursuant to Court Remand, ECF No. 72-1, are sustained; and it is further

      **ORDERED** that judgment is entered for Defendant United States.


                                  /s/ Jennifer Choe-Groves
                                Jennifer Choe-Groves, Judge

Dated:        July 29, 2026
          New York, New York